IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR305 |
| | ) | |
| vs. | ) | |
| | ) | |
| MARIA SOLEDAD MARTINEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [15]. Counsel needs additional time to finalize a resolution in the matter. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [15] is granted, as follows:

1. The jury trial now set for May 9, 2022 is continued to **June 27, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 27, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** April 26, 2022.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**